CRIMINAL PROCEEDINGS – Sentencing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Date:   2/6/2023 |
| Case No.: 3:22-CR-83-BLW | Deputy Clerk:   Lynette Parson |
| Place: Coeur d'Alene, ID | Reporter: Tammy Hohenleitner |
| Time: 1:40-2:50 | Time in Court:   1 hr. 10 mins. |

## UNITED STATES OF AMERICA vs. ALEX LLOYD

Probation Officer:   Tonya McDonald
Counsel for United States:  David Robins, AUSA
Counsel for Defendant(s):   Nicolas Vernon Vieth, Retained Counsel

(X) Court reviewed case history.
(X) Defendant previously pled guilty to Count One of the Indictment and forfeiture allegation.
(X) Heather Lloyd, Charli Lloyd, Josh Lafon, Rusty Olps and Tellan Lloyd all spoke on defendant's behalf.
(X) There were objections to the Presentence Report. Rulings: overruled as stated on the record.
(X) Presentence Report Adopted.
(X) Counsel made sentencing recommendations to the Court.
(X) Court addressed 3553(a) factors.
(X) Guideline calculations and adjustments as stated on the record.
(X) Defendant made remarks on his own behalf.

SENTENCE:

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Alex Lloyd, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.

It is further ordered that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

The court finds that the defendant does not have the ability to pay a fine. The court will

waive the fine in this case.

It is further ordered that the defendant shall make restitution to the Clerk of the Court, 550 West Fort Street, Suite 400, Boise, Idaho 83724, in the amount of $5,000.

The court finds that the defendant does not have the ability to pay interest. The interest on the restitution will be waived.

All monetary penalties are due and payable immediately.

Having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month.

The foregoing does not preclude collection efforts under 18 § 3613

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 20 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

Supervised release is imposed upon the terms and conditions as outlined in Sentencing Recommendation (Docket 30), as stated on the record, and also in the Judgment to be filed by the court.

(X) Defendant advised of penalties for violation of terms and conditions of probation.
(X) Right to appeal explained.
(X) The Court recommends that the defendant be given credit for all time served in federal custody and placement at Englewood, CO.
(X) Defendant to self-report to the BOP at the time and place given by U.S. Probation.